**COURTROOM DEPUTY MINUTES**                           **DATE:** October 10, 2006
**MIDDLE DISTRICT OF ALABAMA**

**DIGITAL RECORDING:** 3:02 - 3:08

- √ **INITIAL APPEARANCE**
- ☐ **DETENTION HEARING**
- ☐ **REMOVAL HEARING (R.40)**
- ☐ **ARRAIGNMENT**
- ☐ **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- ☐ **PRELIMINARY EXAMINATION**

---

**PRESIDING MAG. JUDGE** Vanzetta Penn McPherson    **DEPUTY CLERK:** Wanda A. Robinson

**CASE NO.** 2:06mj97-VPM    **DEFT. NAME:** Anthony Renard Pruitt

**USA:** Verne Speirs    **ATTY:** Patricia Kemp

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (√) CDO ;

**USPTSO/USPO:** Sandra Woods

Defendant _____ does _____ does NOT need an interpreter; NAME _____

---

| | | |
|---|---|---|
| √ Kars. | Date of Arrest **10/10/06** or √ karsr 5 | |
| √ kia. | Deft. First Appearance. Advised of rights/charges. ☐Pro/Sup Rel Violator | |
| √ Finaff. | Financial Affidavit executed ☐ to be obtained by PTS; √ **ORAL** Motion for Appt. Of Counsel. | |
| √ koappted | **ORAL ORDER** appointing Federal Defender - **Notice to be filed.** | |
| ☐20appt. | Panel Attorney Appointed; ☐ to be appointed - prepare voucher | |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ | |
| ☐ | Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion; | |
| √ | Government's **WRITTEN** Motion for Detention Hrg. filed. | |
| ☐ | **DETENTION HRG** ☐ held; ☐ set for _____; ☐ **Prelim. Hrg** ☐ Set for _____ | |
| ☐ kotempdtn. | **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered | |
| ☐kodtn. | **ORDER OF DETENTION PENDING TRIAL** entered | |
| ☐ kocondrls. | Release order entered. ☐ Deft. advised of conditions of release. | |
| ☐kbnd. | ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR) | |
| | ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered | |
| ☐ Loc.(LC) | Bond **NOT** executed. Deft to remain in Marshal's custody | |
| √ ko. | Deft. **ORDERED REMOVED** to originating district | |
| √ kwvprl. | Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing) | |
| ☐ | Court finds **PROBABLE CAUSE**. Defendant **HELD**. Plea of **NOT GUILTY** entered. | |
| | **ARRAIGNMENT HELD. PLEA OF NOT GUILTY ENTERED** | |
| | Trial Term _____; ☐ **PRETRIAL CONFERENCE DATE:** _____ | |
| | DISCOVERY DISCLOSURES DATE: _____ | |
| ☐ Krmknn. | **NOTICE** to retained Criminal Defense Attorney handed to Counsel | |
| ☐ krmvhrg. | Identity/Removal Hearing set for _____ | |
| ☐ Kwvspt | **Waiver of Speedy Trial Act Rights Executed.** | |