AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

**MIDDLE** District of **ALABAMA**

UNITED STATES OF AMERICA
V.
ANTHONY RENARD PRUITT

**COMMITMENT TO ANOTHER DISTRICT**

2006 OCT 26 P 2:01

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 06-00168-CG | 2:06mj97-VPM | |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN

X Indictment   ☐ Information   ☐ Complaint   ☐ Other (specify)

charging a violation of    18    U.S.C. §   922(g)(1); 922(g)(9)

DISTRICT OF OFFENSE
SOUTHERN DISTRICT of ALABAMA

DESCRIPTION OF CHARGES:

Possession of a Firearm by Convicted Felon
Possession of a Firearm after Conviction for Domestic Violence

ATTEST: A True Copy
Certified to _____, 20 06
Clerk, U.S. District Court
Middle District of Alabama
BY _____
Deputy Clerk

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
X Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| Representation: | ☐ Retained Own Counsel | X Federal Defender Organization | ☐ CJA Attorney | ☐ None |

Interpreter Required?   X No   ☐ Yes   Language:

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

RETURNED AND FILED

11 October 2006                     /s/ Vanzetta Penn McPherson
Date                                Judge

OCT 26 2006

**RETURN**

This commitment was received and executed as follows:

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| 10/13/2006 | BALDWIN CO CORR. CNTR BAY MINNETTE, AL | 10/13/06 |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| 10/13/2006 | WM. S. TAYLOR | _____ USM S/AL |